PROB 12B
(7/93)

# United States District Court

### for

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision

Name of Offender: Robert F. Clark

Cr.: 99-CR-372-01
PACTS Number: 03589

Name of Sentencing Judicial Officer: The Honorable Joseph A Greenaway, Jr.

Date of Original Sentence: 01/10/00

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: Fifty-five (55) months custody; three (3) years supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/24/03

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[✓]   To withdraw the petition signed on December 18, 2006, and vacate the summons being held in
abeyance allowing the case to close without adverse action.

## CAUSE

This recommendation takes into consideration the offender's mostly favorable adjustment to supervision
prior to his marital problems at the end of the term as cited in the petition.

Respectfully submitted,

By:  Kevin J Mullens
Senior U.S. Probation Officer
Date:  04/20/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

4-22-09

Date